# EXHIBIT A (TO NOTICE OF REMOVAL)

## INDEX OF EXHIBITS TO NOTICE OF REMOVAL

### JUNE 11, 2010

**The City of St. Louis, Missouri and The Land Clearance for Redevelopment Authority of the City of St. Louis vs. Pinnacle Entertainment, Inc. and President Riverboat Casino-Missouri, Inc.**
**Cause No. 1022-CC02360, Division 1**

| | |
|---|---|
| Exhibit A | Index of Exhibits to Notice of Removal |
| Exhibit B | Petition |
| Exhibit C | Copies of all process, pleadings, and orders served to date upon Pinnacle Entertainment, Inc. and President Riverboat Casino-Missouri, Inc. |

STLDOCS 238555v1

